UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE LETTER OF REQUEST FOR ) No. 00C 6103
INTERNATIONAL JUDICIAL )
ASSISTANCE FROM THE LOCAL )
COURT IN GDANSK, POLAND ) Judge JUDGE JOHN W DARRAH

**DOCKETED**
OCT - 6 2000

MAGISTRATE JUDGE NOLAN

PETITION FOR AN ORDER UNDER 28 U.S.C. § 1782

The United States of America, by Scott R. Lassar, United States Attorney for the Northern District of Illinois, petitions this court for an order pursuant to 28 U.S.C. § 1782. In support, the United States provides the following:

1. This petition is made pursuant to a letter of request executed on May 25, 2000, issued under the Convention on the Taking of Evidence Abroad in Civil and Commercial Matters ("Hague Convention") in the above identified court in a property petition involving Kazimiera Strojanowska, reference no. II Ns 1268/99.

2. The letter of request and questions to be answered under oath were transmitted to the Office of Foreign Litigation, Civil Division, Department of Justice in Washington, D.C. ("Justice Department") under the Hague Convention.

3. The letter of request was executed by the Judge of the Local Court in Gdansk and transmitted to the Justice Department to obtain testimony of Kazimiera Strojanowska, 4029½ Melrose Street, Fl. V.3, Chicago, Illinois 60641.

4. Kazimiera Strojanowska is a resident of and/or conducts business within the Northern District of Illinois.



5. The letter of request and the list of questions executed in the Polish language together with an English translation from Poland are attached hereto as Exhibits 1 and 2.

WHEREFORE, the United States petitions the court pursuant to 28 U.S.C. § 1782 to have the undersigned Assistant United States Attorney appointed as commissioner for purposes of providing judicial assistance and executing the letter of request from the Local Court in Gdansk, II Civil Division, Poland, such assistance including the issuance of appropriate subpoenas and the transmission of the statement of Kazimiera Strojanowska to the Local Court in Gdansk, Poland.

Respectfully submitted,

SCOTT R. LASSAR
UNITED STATES ATTORNEY

By: _____
MICHELE M. FOX
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9085

2

# REQUEST / DEMANDE / WNIOSEK

FOR OBTAINING EVIDENCE OR PERFORMING SOME OTHER JUDICIAL ACT
par commission rogatoire, d'accomplir des actes d'instruction ou d'autres actes judiciaires
o przeprowadzenie dowodu lub wykonanie innych czynności sądowych.
COURT
Tribunal ( l'autorité requérante )
Sąd .......... Rejonowy
IN
à
w...... Gdańsku, Wydział II Cywilny, ul. Nowe Ogrody 30, 80-803 Gdańsk, Polska
THE REPUBLIC OF POLAND
République de Pologne
Rzeczpospolita Polska

REFERENCE NUMBER OF THE CASE
(REPLYING. PLEASE GIVE THE REFERENCE NUMBER)
Numéro de référence du dossier
( à mentionner dans la réponse )
Sygnatura sprawy: ......... II Ns 1268/99        A.541550/00/02
(sygnaturę proszę podać przy odpowiedzi)
TO
(THE DESCRIPTION OF THE REQUESTED AUTHORITY)
A
( désignation de l'autorité requise )
Do: ...... Departament of Justice, Office of International Judical Assistance
(nazwa organu wezwanego)         Washington D.C. 20530   USA
PLAINTIFF / PETITIONER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
Demandeur / Demanderesse
( prenom, nom, domicile, nom et siège pour personne morale )
W sprawie powoda/wnioskodawcy.... Kazimiera Strojanowska - 4029-1/2 Melrose FL V.3 -
                                  Chicago GL 60641, USA
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
représenté(e) par
( prenom, nom, domicile du mandataire )
reprezentowanego przez ...........
(imię, nazwisko, adres pełnomocnika)
VERSUS: DEFENDER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
contre : défendeur / défenderesse
( prenom, nom, domicile, nom et siège pour personne morale )
przeciwko/z udziałem: ...........
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE
représenté(e) par
( prenom, nom, domicile du mandataire)
reprezentowanego przez .........
(imię, nazwisko, adres pełnomocnika)
KIND AND THE SUBJECT OF THE PROCEEDINGS:
la nature et l'objet du litige:
rodzaj i przedmiot postępowania: ..... podział majątku wspólnego/ partoin of joint property

PURSUANT TO THE ARTICLE 1 OF THE CONVENTION OF MARCH 18TH, 1970 ON THE TAKING OF EVIDENCE ABROAD IN A
CIVIL OR COMMERCIAL MATTERS THE COURT KINDLY REQUESTS FOR :
Le tribunal susmentionné demande par commission rogatoire (Convention sur l'obtention des preuves à l'étranger
en matière civile ou commerciale, du 18 mars 1970, article 1):
zgodnie z art. 1 Konwencji z dnia 18 marca 1970 o przeprowadzaniu dowodów za granicą w sprawach cywilnych i
handlowych uprzejmie prosi o:

1) HEARING THE WITNESS/PARTY
(FIRST NAME, LAST NAME, ADDRESS)
d'entendre le témoin / la partie
(prenom, nom, domicile)
przesłuchanie świadka/strony...... Kazimiera Strojanowska - 4029-1/2 Melrose FL V.3 -
................................................................................ Chicago GL 60641, USA
(imię, nazwisko, adres)
THE LIST OF THE QUESTIONS ATTACHED.
Questionnaire de commission regatoire ci-joint.
Lista pytań w załączeniu.

THE COURT KINDLY REQUESTS FOR HEARING WITNESS/PARTY:
Le Tribunal demande à ce que les dépositions du témoin / de la partie:
Sąd uprzejmie prosi, aby zeznania świadka/strony:
AFTER INFORMING HIM ON CRIMINAL LIABILITY FOR FALSE OR MISLEADING STATEMENTS/ AFTER TAKING AN OATH IN THE APPROPRIATE WAY PROVIDED BY LAW IN FORCE*
ayant été rendu(e) attentif (attentive) aux sanctions pénales encourues pour faux témoignage/ après avoir prêté serment ( fait promesse ) dans le respect des formes prescrites par la loi locale applicable*
po uprzedzeniu o odpowiedzialności karnej za złożenie fałszywych obżnań/ po odebraniu przyrzeczenia (przysięgi) w formie przewidzianej prawem miejscowym ( zaznacz właściwe)
THAT SHOULD BE RECORDED AND SIGNED BY THE PERSON IN QUESTION.
soient consignées dans le procès-verbal et signée par la personne entendue.
zostały zaprotokołowane i własnoręcznie przez osobę przesłuchaną podpisane.

2) PERFORMING SOME OTHER JUDICIAL ACTS:
de procéder à d'autres actes judiciaires:
o dokonanie innych czynności sądowych:
-------------------------------------
...............................................................................................................................................
...............................................................................................................................................
...............................................................................................................................................

THE MENTIONED BELOW PERSON(S) SHOULD BE INFORMED ON THE DATE AND PLACE OF PERFORMING THE EVIDENCE:
La date et le lieu de l'exécution de la commission regatoire doivent être communiqués à :
O terminie i miejscu przeprowadzenia czynności dowodowej należy zawiadomić:...-------------------
...............................................................................................................................................

THE COURT KINDLY ASKS FOR PROVIDING THE RECORDS OR ANY OTHER DOCUMENTS WHICH WERE DONE IN THE CASE TO THE REQUESTING AUTHORITY AFTER EXECUTION OF THE REQUEST.
Ayant exécuté la commission regatoire l'autorité requise est priée de remettre à l'autorité requérante le procès-verbal ou tout autre document dressé au cours de l'instruction de la mesure sollicitée.
Po wykonaniu wniosku Sąd uprzejmie prosi o przesłanie protokołu bądź innych dokumentów sporządzonych w sprawie do organu wzywającego.

SEAL OF THE COURT/ Sceau du Tribunal/ Pieczęć Sądu

Wiceprezes Sądu Rejonowego w Gdańsku
mgr Alicja Bogucka
SIGNATURE OF JUDGE/ Signature du Juge/ Podpis Sędziego

DONE AT/THE
Fait à/le     Gdańsku          2000-05-25
Sporządzono w ........................... dnia ...........................

Sąd Rejonowy w Gdańsku
Rzeczpospolita Polska
Sygnatura akt II Ns 1268/99
Dnia 2000-05-25

     W Sądzie Rejonowym w Gdańsku, Wydział II Cywilny toczy się postępowanie w sprawie o podział majątku wspólnego Kazimiery Strojanowskiej i Ryszarda Strojanowskiego.

     W postępowaniu tym niezbędne jest ustalenie składu i wartości majątku wspólnego stron oraz ustalenie propozycji stron co do sposobu dokonania tego podziału.

     W związku z powyższym Sąd Rejonowy w Gdańsku uprzejmie prosi o pouczenie Kazimiery Strojanowskiej o obowiązku mówienia prawdy i przesłuchanie jej według załączonej listy pytań.

Sędzia Sądu Rejonowego
w Gdańsku
Magdalena Hyla

The Local Court in Gdańsk
Poland
File No. II Ns 1268/99
2000-05-25

    At the Local Court in Gdańsk, II Civil Department, there are currently carried on proceedings regarding the division of common estate of Kazimiera Strojanowska and Ryszard Strojanowski.

    In these proceedings it is indispensable to state the composition and the value of the common estate of both parties, and deciding about the proposals of the parties regarding the manner of accomplishing the said division.

    In connection with the above, the Local Court in Gdańsk kindly requests to instruct Kazimiera Strojanowska of the obligation to speak truth and to question her according to the enclosed list of questions.

    The Judge of the Local Court in Gdańsk
    Magdalena Hyla

    (the round stamp of the Local Court in Gdańsk)

# LISTA PYTAŃ

**1.** Czy w dacie zawarcia związku małżeńskiego wnioskodawczyni posiadała majątek odrębny, jeżeli tak, to jaki?

**2.** Czy w dacie zawarcia związku małżeńskiego uczestnik postępowania Ryszard Strojnowski posiadał majątek odrębny, jeżeli tak to jaki?

**3.** Jeżeli strony posiadały majątki odrębne - to na jakie cele zostały te majątki wykorzystane w czasie małżeństwa?

**4.** Z jakich środków został pokryty wkład mieszkaniowy na mieszkanie stron?

**5.** Na jakie cele została przeznaczona kwota, którą uzyskał Ryszard Strojnowski z tytułu rezygnacji z jego mieszkania przy ul. Dąbrowszczaków?

**6.** Z jakich środków finansowych został zakupiony samochód marki Fiat 125p, kiedy, za jaką kwotę i przez kogo samochód ten został sprzedany?

**7.** Czy wnioskodawczyni rozliczyła się z uczestnikiem z kwoty uzyskanej ze sprzedaży w/w samochodu?

**8.** Jakie nakłady zostały poczynione przez strony na mieszkanie przy ul. Burgaskiej, kto czynił te nakłady, w jakiej kwocie?

**9.** Czy wnioskodawczyni domaga się rozliczenia nakładów na mieszkanie tj. uiszczanych przez nią świadczeń eksploatacyjnych (czynsz, opłaty za wodę, gaz, elektryczność) i jaka jest wartość tego nakładu?

**10.** Jakie składniki majątku ruchomego wnioskodawczyni chciałaby otrzymać w wyniku podziału majątku wspólnego?

**11.** W jaki sposób ma zostać dokonany podział mieszkania stron?

**12.** Jakiej wysokości dochody otrzymuje aktualnie wnioskodawczyni, z czego się utrzymuje, ile osób ma na utrzymaniu?

**13.** Czy wnioskodawczyni zamierza wrócić do Polski z zamiarem stałego pobytu?

Sędzia Sądu Rejonowego w Gdańsku
Magdalena Hyla

## THE LIST OF QUESTIONS

1. Did the mover possess, at the date of entering the marriage, a separate estate, if yes, then of what kind?
2. Did the party, Ryszard Strojanowski, possess, at the date of entering the marriage, a separate estate, if yes, then of what kind?
3. If both the parties possessed separate estates – then for what purposes were those estates used during marriage?
4. From what means was the flat contribution covered for the flat of both the parties?
5. For what purposes was used the amount, which Ryszard Strojanowski received by way of resigning from his flat at Dąbrowszczaków Street?
6. From what means was a car Fiat 125p bought, when, for what amount, and by whom was this car sold?
7. Did the mover account with the party for the amount received after the sale of the above-mentioned car?
8. What contributions did the parties make for the flat at Burgaska Street, who made those contributions, in what amount?
9. Does the mover demand to account for contributions for the flat, i.e. paid by her utilisation costs (rent, water, gas, and electricity bills), and what is the value of this contribution?
10. What elements of the moving estate the mover would like to receive in result of the division of the common estate?
11. How is the division of the flat belonging to the parties to be done?
12. What is the current income of the mover, what does she live on, how many persons does she maintain?
13. Does the mover intend to return to Poland with the intention to stay permanently?

The Judge of the Local Court in Gdańsk
Magdalena Hyla

(the round stamp of the Local Court in Gdańsk)



JS 44
(Rev. 12/96)

(JT 3)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
IN RE: LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE LOCAL COURT IN IN GDANSK, POLAND,

**DEFENDANTS**
JUDGE JOHN W DARRAH

DOCKETED
OCT - 6 2000

MAGISTRATE JUDGE NOLAN

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

00C 6103

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. Section 1782

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: October 4, 2000

SIGNATURE OF ATTORNEY OF RECORD: MICHELE M. FOX, AUSA

UNITED STATES DISTRICT COURT